UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                       Case No. 2:18-cr-21
                                        HON. JANET T. NEFF

BRADLEY JOSEPH HANCOCK (SR.),

        Defendant.
_____/

## ORDER OF DETENTION

Defendant appeared before the undersigned on June 11, 2018, for an initial appearance and arraignment on the indictment filed May 30, 2018. The government requested, and pretrial services recommended, that defendant be detained. Defendant is currently being held on charges in state court, and defense counsel reserved the right to a detention hearing until those charges are resolved.

Defendant shall be detained pending further proceedings.

IT IS SO ORDERED.

                                                    */s/ Timothy P. Greeley*
                                                  TIMOTHY P. GREELEY
                                                  UNITED STATES MAGISTRATE JUDGE

Dated: June 12, 2018